UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

WELLS FARGO BANK, N.A.,

        Plaintiff,

-v-                                          No. 12 Civ. 03131 (LTS)

CTD MOOREFIELD RETAIL, LLC,

        Defendant.

-----------------------------------------------------------x

### ORDER

        For the reasons stated on the record of the proceeding held before this Court this day, Defendant's motion to transfer this action to the United States District Court for the Northern District of Texas as related to <u>Wells Fargo Bank, N.A. v. CTD Moorefield Retail, LLC, et al.</u>, No. 12-cv-01219-L and <u>Wells Fargo Bank, N.A. v. CTD Offsite, LLC</u>, No. 12-cv-01220-G, is granted.

        Plaintiff's time to respond to the outstanding discovery requests is extended to **November 30, 2012,** except as otherwise ordered by the transferee court.

        This order resolves docket entry no. 12. Plaintiff's motion to dismiss Defendant's Counterclaims (docket entry no. 29) is denied without prejudice to renewal in the transferee court in accordance with the procedures of that court. Plaintiff's time to respond to the Counterclaims is extended for this purpose through **November 30, 2012.**

        The Clerk of Court is requested to effectuate promptly the transfer, and to close this case.

        SO ORDERED.

Dated: New York, New York
        October 5, 2012

                                                                         LAURA TAYLOR SWAIN
                                                                       United States District Judge